

FILED
JUL 17, 2008
JUL 1 7 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AZTEC CONSTRUCTION, INC. and<br>OSCAR RODRIGUEZ, individual and d/b/a<br>AZTEC CONSTRUCTION, INC., a dissolved<br>Illinois Corporation,<br><br>Defendants<br><br>v.<br><br>TRUSTEES of the CHICAGO REGIONAL<br>COUNCIL OF CARPENTERS PENSION FUND,<br>CHICAGO REGIONAL COUNCIL OF<br>CARPENTERS WELFARE FUND and CHICAGO<br>REGIONAL COUNCIL OF CARPENTERS<br>APPRENTICE & TRAINING PROGRAM FUND,<br><br>Plaintiffs, | CIVIL CASE<br><br>08 C 3158<br><br>ANDERSEN |

### PRO SE MOTION FOR AN EXTENSION OF TIME

Comes now OSCAR RODRIGUEZ appearing and proceeding pro se in support of this motion and would show the court as follow:

1. Defendant, OSCAR RODRIGUEZ, continues his ongoing process and is making a good faith effort to acquire proper legal advice and education to this cause of action.

2. Defendant, OSCAR RODRIGUEZ, requests an extension of time in which to retain proper legal advice and/or counsel.

3. Defendant, OSCAR RODRIGUEZ, requests an extension of time file a complaint against this cause of action.

WHEREFORE, Defendant, pro se, respectfully requests this court to grant Defendant and extension of time up to and including August 25, 2008 in which to retain proper legal advice and/or counsel in response to Plaintiffs motion.

Respectfully submitted,

OSCAR RODRIGUEZ
Dated July 16, 2008

OSCAR RODRIGUEZ
195 S. Lincoln Avenue
Aurora, Illinois 60505
Tele: 630-742-0083