IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TRUSTEES of the CHICAGO REGIONAL        )
COUNCIL OF CARPENTERS PENSION FUND,     )
CHICAGO REGIONAL COUNCIL OF             )
CARPENTERS WELFARE FUND, and CHICAGO    )
REGIONAL COUNCIL OF CARPENTERS          )        CASE NO. 08-CV-3158
APPRENTICE & TRAINEE PROGRAM FUND,      )
                                        )        JUDGE ANDERSEN
                    Plaintiffs,         )
                                        )
v.                                      )
                                        )
AZTEC CONSTRUCTION, INC. and            )
OSCAR RODRIQUEZ, individually           )
and d/b/a AZTEC CONSTRUCTION, INC.,     )
a dissolved Illinois corporation,       )
                                        )
                    Defendants.         )

## MOTION FOR DEFAULT JUDGMENT

Plaintiffs, by its attorney, David P. Lichtman, move this Honorable Court to enter Judgment by Default according to Fed. R. Civ. P. 55 for Defendants' failure to appear, answer or otherwise plead.  Further, in support of this Motion the Plaintiffs state:

1.      Plaintiffs filed their complaint on June 2, 2008 and the summons and complaint were served on the Oscar Rodriguez, Registered Agent, on June 24, 2008. **(Exhibit A, Affidavit of Service)**

2.      The Defendants AZTEC CONSTRUCTION, INC. and OSCAR RODRIGUEZ, individually and d/b/a AZTEC CONSTRUCTION, INC., a dissolved Illinois corporation, (hereinafter "Defendant") has failed to appear, answer or otherwise plead within the time allowed by the Fed. R. Civ. P.

3.      At all times relevant to this action, the Defendant has been bound by the provisions of a Collective Bargaining Agreement and the Trust Agreements which created the Trust Funds.  Pursuant to the provisions of the Trust Agreements and the Collective Bargaining Agreement, the Defendant is required to submit monthly reports to the Trust Funds which list the number of hours worked by the Defendant's employees and to pay the ERISA contributions

based on those hours.

4.    The Plaintiffs audited the books and records of the Defendant to verify that all contributions were submitted.  The audit revealed that the Defendant underpaid contributions shown to be owed in the amount of $ 15,357.48 for the period of September 2005 through March 2006.  The amount of fees incurred in conducting the audit is $ 2,572.80.  **(Exhibit B, Affidavit of John Libby)**

5.    The Defendant owes interest on the unpaid ERISA contributions in the amount of $ 3,143.36 pursuant to the Trust Agreements and 29 U.S.C. §1132(g)(2)(B). **(Exhibit B**)

6.    The Defendant owes liquidated damages on the unpaid ERISA contributions in the amount of $ 3,071.50 for the period  to the present pursuant to the Collective Bargaining Agreements, the Trust Agreements and 29 U.S.C. §1132(g)(2)(C)(iii).  **(Exhibit B)**

7.    The Defendant owes the sum of $ 1,837.50  for necessary and reasonable attorney fees and costs of $ 455.00 which are collectible under the terms of the Collective Bargaining Agreement, the Trust Agreements and 29 U.S.C. §1132(g)(2)(D).  **(Exhibit C Affidavit of David P. Lichtman)**

WHEREFORE, Plaintiffs pray that their motion for judgment by default be granted in the amount of $ 26,437.64.

Respectively submitted,


/s/ David P. Lichtman
Attorney for the Plaintiffs


David P. Lichtman
Attorney No. 6290051
Whitfield McGann & Ketterman
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
(312) 251-9700 Fax (312) 251-9701

# EXHIBIT A

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

# 08 C 3158

## SUMMONS IN A CIVIL CASE

TRUSTEES OF THE CHICAGO REGIONAL
COUNCIL OF CARPENTERS PENSION
FUND, et al.

CASE NUMBER:

V.

ASSIGNED JUDGE:

AZTEC CONSTRUCTION, INC. and  OSCAR RODRIQUEZ,
individually and d/b/a AZTEC CONSTRUCTION, INC., a dissolved
Illinois corporation.

**JUDGE ANDERSEN**

DESIGNATED
MAGISTRATE JUDGE:

**MAGISTRATE JUDGE MASON**

TO: (Name and address of Defendant)

AZTEC CONSTRUCTION, INC.
c/o Oscar Rodriguez, registered agent
195 S. LINCOLN AVE
AURORA, IL 60505

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DAVID P. LICHTMAN
Whitfield McGann & Ketterman
111 E. Wacker Drive, Suite 2600
Chicago, IL  60601

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this
summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

Michael W. Dobbins, Clerk

_Yvette Montoya_

(By) DEPUTY CLERK

**June 2, 2008**

Date

ClientCaseID:  N7695 DPL
Law Firm ID:  WHITFIEL



*188881A*

CaseReturnDate:  7/7/08

**Affidavit of  Special Process Server**

## UNITED STATES DISTRICT COURT

Case Number **08CV3158**

I, **LARRY E. BIELA**

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL  REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

## CORPORATE SERVICE

THAT I SERVED THE WITHIN  **SUMMONS AND COMPLAINT**
ON THE WITHIN NAMED  DEFENDANT  **Aztec Construction, Inc.**
PERSON SERVED  **OSCAR RODRIGUEZ    REGISTERED AGENT**
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON **6/24/08**

SUBJECT SEATED IN CAR ILLINOIS LICENSE "8464899", PARKED IN DRIVEWAY, UNABLE TO DETERMINE HEIGHT

That the sex, race and approximate age of the person whom I left the  **SUMMONS AND COMPLAINT**
are as follow:

**Sex**  MALE    **Race**  HISPANIC    **Age**  40

**Height**          **Build**  THIN          **Hair**  BLACK

LOCATION OF SERVICE  **426 BLACKHAWK AVE**
                     **AURORA, IL, 60506**

Date Of Service  **6/24/08**          Time of Service  **6:25 PM**

                                   LARRY E. BIELA                    6/25/2008
                                   **Special Process Server**
                                   P.E.R.C.#129-215788

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND, | ) ) ) ) ) ) ) | |
| | ) | CASE NO. 08 CV 3158 |
| Plaintiffs, | ) | |
| v. | ) ) | JUDGE ANDERSEN |
| AZTEC CONSTRUCTION, INC. and OSCAR RODRIQUEZ, individually and d/b/a AZTEC CONSTRUCTION, INC., a dissolved Illinois corporation, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## DECLARATION OF JOHN LIBBY

Pursuant to 28 U.S.C. § 1746, I, John Libby, do declare under penalty of perjury that the following is true and correct:

1.    I am the Audit Supervisor of the Employer Contributions Department for the Chicago Regional Council of Carpenters Pension Fund and the Chicago Regional Council of Carpenters Welfare Fund (collectively, the "Trust Funds"), and in such capacity I am authorized to make this Declaration on behalf of the Trust Funds.

2.    The Defendant executed an Agreement with the Chicago Regional Council of Carpenters ("Union") whereby it agreed to be bound by the provisions of a Collective Bargaining Agreement and to all Collective Bargaining Agreements subsequently negotiated.

3.    Pursuant to the provisions of the Agreement and the Collective Bargaining Agreements, the Defendant agreed to be bound by the provisions of the Agreements and Declarations of Trust, which created the Plaintiffs' Trust Funds.

4.    Pursuant to the provisions of the Collective Bargaining Agreements and Trust Agreements, the Defendant is required to submit monthly reports, which list the number of hours worked by its carpenter employees, and the Defendant is required to pay contributions based upon the hours listed.

5.    The Plaintiffs audited the books and records of the Defendant to verify that all contributions were submitted.  The audit revealed that the Defendant breached the provisions of the Collective Bargaining Agreement by underpaying contributions that are owed to the Trust Funds based upon the hours worked by employees and/or measured by the hours worked by subcontractors during the period of September 2005 through March 2006.  The contributions owed to the Trust Funds as a consequence of this breach are $ 15,357.48.  The audit fees incurred in conducting the audit are $ 2,572.80.

6.    Because of its failure to pay contributions in a timely manner, the Trust Agreement and Collective Bargaining Agreement mandate the assessment of liquidated damages. The liquidated damages calculation was based on the rate set forth in the controlling Trust Agreements, which is 1.5% compounded per month. The amount of liquidated damages owed is $ 3,071.50 for the period September 2005 through March 2006.

7.    The interest calculation is based on the ERISA Section awarding such interest, 29

U.S.C. § 1132(g)(2) and because the relevant Trust Agreements do not specify the rate of

interest, the calculations were done pursuant to Section 6621 of the Internal Revenue Code. The

amount of interest owed is $ 3,143.36 for the period of September 2005 through March 2006.

Dated:  *7/18/08*

John Libby, Audit Supervisor

Computation of Liquidated Damages
For The Reporting Period(s) Specified Below
Computed Through July 16, 2008

## Employer Information

**File Number**   24085
**Name**          AZTEC CONSTRUCTION INC
**Address**       195 S LINCOLN AVE
**City, State**   AURORA, IL. 60505-0000
**Telephone**

Page Number 2 of 3
Reference Number: 8-70
Date Computed: 07/16/2008

| Reporting Period | Contributions Due | | Computation Base | Compounding Periods | Computed Damages (2) | | Total (3) Damages For Reporting Period | |
|---|---|---|---|---|---|---|---|---|
| September, 2005 | $ | 593.72 | $ | 593.72 | 34 | $ | 391.26 | $ | 391.26 |
| October, 2005 | | 3,711.58 | | 3,711.58 | 33 | | 2,354.92 | | 2,354.92 |
| November, 2005 | | 3,708.40 | | 3,708.40 | 32 | | 2,263.33 | | 2,263.33 |
| December, 2005 | | 1,260.47 | | 1,260.47 | 31 | | 739.30 | | 739.30 |
| January, 2006 | | 2,628.90 | | 2,628.90 | 30 | | 1,480.28 | | 1,480.28 |
| February, 2006 | | 2,447.93 | | 2,447.93 | 29 | | 1,321.83 | | 1,321.83 |
| March, 2006 | | 1,006.48 | | 1,006.48 | 28 | | 520.57 | | 520.57 |
| Total (3) | $ | 15,357.48 | | | | | $ | 9,071.50 |

(2) 1.50% Compounded per Month (or portion thereof)
(3) Total Damages Capped at 20.00% in Accordance With ERISA Limitation

Computation of Interest
For The Reporting Period(s) Specified Below
Computed Through July 16, 2008

**Employer Information**

| | |
|---|---|
| **File Number** | 24085 |
| **Name** | AZTEC CONSTRUCTION INC |
| **Address** | 195 S LINCOLN AVE |
| **City, State** | AURORA, IL. 60505-0000 |
| **Telephone** | |

Page Number 3 of 3
Reference Number:  8-70
Date Computed: 07/16/2008

| Reporting Period | Contributions Due | Computation Base | Delinquent Period From | To | Days | Computed Interest (3) | Total Interest For Reporting Period |
|---|---|---|---|---|---|---|---|
| September, 2005 | $    593.72 | $    593.72 | 10/21/2005 - 07/16/2008 | | 1,000 | $   133.46 | $   133.46 |
| October, 2005 | 3,711.58 | 3,711.58 | 11/21/2005 - 07/16/2008 | | 969 | 807.46 | 807.46 |
| November, 2005 | 3,708.40 | 3,708.40 | 12/21/2005 - 07/16/2008 | | 939 | 780.94 | 780.94 |
| December, 2005 | 1,260.47 | 1,260.47 | 01/21/2006 - 07/16/2008 | | 908 | 256.42 | 256.42 |
| January, 2006 | 2,628.90 | 2,628.90 | 02/21/2006 - 07/16/2008 | | 877 | 516.09 | 516.09 |
| February, 2006 | 2,447.93 | 2,447.93 | 03/21/2006 - 07/16/2008 | | 849 | 464.92 | 464.92 |
| March, 2006 | 1,006.48 | 1,006.48 | 04/21/2006 - 07/16/2008 | | 818 | 184.08 | 184.08 |
| Total | $ 15,357.48 | | | | | | $ 3,143.36 |

(3) Compounded Daily per Internal Revenue Code Section 6621

Summary of Contributions, Liquidated Damages & Interest Due
For The Reporting Period(s) Specified Below
Computed Through July 16, 2008

| Employer Information | |
|---|---|
| **File Number** 24085<br>**Name** AZTEC CONSTRUCTION INC<br>**Address** 195 S LINCOLN AVE<br>**City, State** AURORA, IL. 60505-0000<br>**Telephone** | Page Number 1 of 3<br>Reference Number: 8-70<br>Date Printed: 07/16/2008 |

| Reporting Period | Delinquent Contributions | Liquidated Damages (1) | Interest (1) | Total Due |
|---|---|---|---|---|
| September, 2005 | $ 593.72 | $ 391.26 | $ 133.46 | $ 1,118.44 |
| October, 2005 | 3,711.58 | 2,354.92 | 807.46 | 6,873.96 |
| November, 2005 | 3,708.40 | 2,263.33 | 780.94 | 6,752.67 |
| December, 2005 | 1,260.47 | 739.30 | 256.42 | 2,256.19 |
| January, 2006 | 2,628.90 | 1,480.28 | 516.09 | 4,625.27 |
| February, 2006 | 2,447.93 | 1,321.83 | 464.92 | 4,234.68 |
| March, 2006 | 1,006.48 | 520.57 | 184.08 | 1,711.13 |
| **Grand Total (3)** | **$ 15,357.48** | **$ 3,071.50** | **$ 3,143.36** | **$ 21,572.33** |

(1) See Attached Computation
(3) Total Damages Capped at 20.00% in Accordance With ERISA Limitation
**Total Amount Due : $ 21,572.33 If Paid by July 16, 2008**

# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TRUSTEES of the CHICAGO REGIONAL )
COUNCIL OF CARPENTERS PENSION FUND, )
CHICAGO REGIONAL COUNCIL OF )
CARPENTERS WELFARE FUND, and CHICAGO )
REGIONAL COUNCIL OF CARPENTERS )        CASE NO. 08-CV-3158
APPRENTICE & TRAINEE PROGRAM FUND, )
                                       )        JUDGE ANDERSEN
            Plaintiffs,                )
                                       )
      v.                               )
                                       )
AZTEC CONSTRUCTION, INC. and           )
OSCAR RODRIQUEZ, individually and      )
d/b/a AZTEC CONSTRUCTION, INC.,        )
   a dissolved Illinois corporation,   )
                                       )
            Defendants.                )

**DECLARATION OF DAVID P. LICHTMAN**

Pursuant to 28 U.S.C. § 1746, I, David P. Lichtman, do declare under penalty of perjury

that the following is true and correct:

1.      I am an associate in the law firm of Whitfield McGann & Ketterman and one of

the attorneys for Plaintiffs in the above captioned matter.  I am licensed to practice law in the

State of Illinois and for the United States District Court for the Northern District of Illinois. I

make this Declaration in support of Plaintiffs' Motion for Default Judgment.

2.      I have personal knowledge of the facts stated herein and am competent to give

testimony as recited herein and from my own personal knowledge.

3.      The Collective Bargaining Agreement and the Trust Agreements under which this

action is based provide for the payment of liquidated damages, audit fees and attorneys' fees and

costs incurred for failure of a signatory contractor to pay contributions in accordance with those Agreements.

4.    I, David P. Lichtman, have devoted  hours in connection with the above-captioned case at the rate of $ 175.00 per hour. My total billings are $ 1,837.50.

5.    In addition, the filing fee was $ 350.00 and the fees for service of process were an additional $ 105.00.  These costs total $ 455.

6.    I certify that the attached detailed attorney fees and costs totaling $ 2,292.50 were necessary and reasonable.

7.    Notice of this Motion for Default was given to Defendant by mailing a copy of the same to Oscar Rodriguez, registered agent of Aztec Construction, Inc. at 426 Blackhawk Ave., Aurora, Illinois, 60506.


Dated    July 28, 2008


David P. Lichtman


Attorney for the Plaintiffs
Whitfield McGann & Ketterman
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
(312) 251-9700, Fax (312) 251-9701
dlichtman@whitfield-mcgann.com
Attorney No. 6290051


2

WHITFIELD, McGANN & KETTERMAN
Slip Listing

---

### Selection Criteria

| | |
|---|---|
| Slip.Date | Earliest - 7/28/2008 |
| Slip.Classification | Open |
| Case (hand select) | Include: CTF-A./N7695/24085 |

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 358617            TIME<br>5/30/2008<br>Billed          G:73555      6/2/2008<br>Prepared summons, complaint, appearance<br>forms and civil cover sheet for Trust Funds'<br>claims and compliance matters pursuant to<br>ERISA Sec. 1132, 1145 and T-HA Sec. 301. | DPL<br>Billable<br>CTF-A./N7695/24085 | 2.00<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 350.00 |
| 358616            TIME<br>5/30/2008<br>Billed          G:73555      6/2/2008<br>Review referral from Trust funds on<br>05/14/08; prepare file; review corporate<br>status and registered agent information for<br>legal process. | DPL<br>Billable<br>CTF-A./N7695/24085 | 0.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 87.50 |
| 358930            TIME<br>6/2/2008<br>Billed          G:73756      7/1/2008<br>Review complaint filed at the Federal Court;<br>enter pertinent information (e.g., filing date,<br>case number and assigned judge) into<br>database; review judge's standing order<br>regarding pre-trial litigation, motion practice<br>and status hearing dates; update file/databse<br>regarding same. | DPL<br>Billable<br>CTF-A./N7695/24085 | 0.40<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 70.00 |
| 358931            TIME<br>6/2/2008<br>Billed          G:73756      7/1/2008<br>Prepare correspondence to legal process<br>server Scott Forrest Stern & Associates, Inc.<br>regarding service of the summons and<br>complaint on the defendant; prepare<br>coorrespondence to James Rosemeyer,<br>ERISA Contributions Manager, Chicago<br>District Council of Carpenters' Trust Funds<br>regarding the filing of the complaint; enclose<br>copy of the summons and complaint; docket<br>follow-up dates for service. | DPL<br>Billable<br>CTF-A./N7695/24085 | 1.00<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 175.00 |

| Slip ID | | ATTORNEY | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Case | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
| 359368 | EXP | CPW | 1 | 350.00 | 350.00 |
| 6/2/2008 | | $DC | | | |
| Billed | G:73756        7/1/2008 | CTF-A./N7695/24085 | | | |
| FILING FEE | | | | | |
| 359639 | TIME | TBM | ~~0.10~~ | ~~220.00~~ | ~~22.00~~ |
| 6/13/2008 | 5:39 AM | Billable | 0.00 | T@7 | |
| Billed | G:73756        7/1/2008 | CTF-A./N7695/24085 | 0.00 | | |
| ~~Meeting with David Lichtman to review the~~ | | | 0.00 | | |
| ~~referral.  Conference call with Audit~~ | | | | | |
| ~~Coordinator Nate Lagalo and agreed to~~ | | | | | |
| ~~return referral since the company is out of~~ | | | | | |
| ~~business.~~ | | | | | |
| 359641 | TIME | DPL | 0.25 | 175.00 | 43.75 |
| 6/13/2008 | | Billable | 0.00 | T@7 | |
| Billed | G:73756        7/1/2008 | CTF-A./N7695/24085 | 0.00 | | |
| Review file with Terrance B. McGann; | | | 0.00 | | |
| conference with Terrance B. McGann and | | | | | |
| Audit Coordinator Nate Lagalo regarding | | | | | |
| status of case; will no longer pursue matter. | | | | | |
| 360381 | TIME | DPL | 0.40 | 175.00 | 70.00 |
| 6/27/2008 | | Billable | 0.00 | T@7 | |
| Billed | G:73756        7/1/2008 | CTF-A./N7695/24085 | 0.00 | | |
| Review Scott Forrest Stern & Associates, | | | 0.00 | | |
| Inc.'s report on service of the summons and | | | | | |
| complaint; review process server remarks | | | | | |
| regarding details of service; review affidavit | | | | | |
| of service for legality; electronically file the | | | | | |
| proof of service with the clerk of the U.S. | | | | | |
| District Court for the Northern Dist. of Illinois; | | | | | |
| docket follow-up dates for Answer due date. | | | | | |
| 360380 | TIME | DPL | 0.20 | 175.00 | 35.00 |
| 6/27/2008 | | Billable | 0.00 | T@7 | |
| Billed | G:73756        7/1/2008 | CTF-A./N7695/24085 | 0.00 | | |
| Review e-mail sent by the U.S. Dist. Court | | | 0.00 | | |
| for the Northern Dist. of Illinois regarding the | | | | | |
| proof of filing the summons returned as | | | | | |
| executed; download documents to the file | | | | | |
| folder; print document and enclose in file. | | | | | |
| 361822 | TIME | DPL | 0.40 | 175.00 | 70.00 |
| 7/1/2008 | | Billable | 0.00 | T@7 | |
| WIP | | CTF-A./N7695/24085 | 0.00 | | |
| Meeting with Daniel McAnally to review the | | | 0.00 | | |
| file.  Decision made to move forward with | | | | | |
| case. | | | | | |

7/28/2008                              WHITFIELD, McGANN & KETTERMAN
11:31 AM                                        Slip Listing                                    Page          3

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 361069          TIME<br>7/11/2008<br>WIP<br>Prepare correspondence to Audit<br>Coordinator Nate Lagalo regarding request<br>for damages. | DPL<br>Billable<br>CTF-A./N7695/24085 | 0.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 87.50 |
| 361372          TIME<br>7/16/2008<br>WIP<br>Prepare affidavit for Trust Fund Manager<br>James T. Rosemeyer in support of the Trust<br>Funds' motion for default judgment; affidavit<br>to support claim for ERISA fringe benefit<br>contributions, and calculation of liquidated<br>damages and interest pursuant to the terms<br>of the trust agreements and Internal<br>Revenue Code; prepare correspondence to<br>Rosemeyer regarding the affidavit and<br>request for execution. | DPL<br>Billable<br>CTF-A./N7695/24085 | 1.00<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 175.00 |
| 361824          TIME<br>7/18/2008<br>WIP<br>Receive and review Pro Se Motion for an<br>extension of time filed on July 17, 2008 by<br>Oscar Rodriguez. | DPL<br>Billable<br>CTF-A./N7695/24085 | 0.10<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 17.50 |
| 361668          TIME<br>7/23/2008<br>WIP<br>Review court file to determine if Answer filed;<br>review office file for Answer; confirm Answer<br>due dates; review U.S. District Court web<br>site to verify the date and time that the<br>presiding Judge hears  motions; prepare<br>motion for default judgment pursuant to F.<br>Rul. Civ. P. 55 for failure to answer or<br>otherwise plead. | DPL<br>Billable<br>CTF-A./N7695/24085 | 2.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 437.50 |
| 361781          TIME<br>7/27/2008<br>WIP<br>Review file for all entries for the attorney<br>billings and costs incurred; compare with<br>work performed on the file; prepare attorney<br>fee declaration / affidavit and exhibits;<br>incorporate amounts into themotion and<br>judgment order; prepare the document for<br>electronic filing. | DPL<br>Billable<br>CTF-A./N7695/24085 | 0.75<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 131.25 |

7/28/2008                          WHITFIELD, McGANN & KETTERMAN
11:31 AM                                    Slip Listing                                    Page        4

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 361823           TIME<br>7/28/2008<br>WIP<br>Prepare a proposed judgment in support of<br>the Trust Funds motion; calculate all<br>amounts owed. | DPL<br>Billable<br>CTF-A./N7695/24085 | 0.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 87.50 |

Grand Total

|  | | Billable | ~~10.50~~ | | ~~2275.50~~ |
|---|---|---|---|---|---|
|  | | Unbillable | 0.00 | | 0.00 |
|  | | Total | ~~10.50~~ | | ~~2275.50~~ |

10.50 @ 175.00   - $ 1,837.5

filing fees + svc fees  -   455.00

$ 2,292.5

**STERN PROCESS & INVESTIGATION, LLC**          Tax ID  04-3801615
205 W. RANDOLPH ST 730
CHICAGO, IL, 60606          Phone  (312)-853-2150     Fax  (312)-853-3119

Customer
WHITFIELD, MCGANN & KETTERMAN
111 E WACKER DRIVE 2600
CHICAGO, IL, 60601          Phone:  (312)-251-9700   Fax:  (312)-251-9701

## Invoice#     187985

Date Of Invoice:   6/6/2008

Plaintiff:  Trustees of the Chicago Regional Council of Carpenters Pension Fund, et al.

Court CaseID:   08CV3158      Firm#  N7695 DPL      Case Returned Date:  6/22/08

County:        UNITED STATES DISTRICT COURT

Process Server:   LARRY E. BIELA          ProcessType:     SUMMONS AND COMPLAINT

| Defendant:#1  Aztec Construction, Inc. | | | | Type Of Service:   NON-SERVICE | |
|---|---|---|---|---|---|
| Person Served: | | | | Date Of Service:  6/5/2008     Time:  9:47 AM | |
| Sex | Age | Height | Build | Hair Color | Race |

| Defendant:#2 | | | | Type Of Service: | |
|---|---|---|---|---|---|
| Person Served: | | | | Date Of Service:        Time: | |
| Sex | Age | Height | Build | Hair Color | Race |

Location   195  S. Lincoln Ave. , Aurora, IL, 60505          Type Of Premise:   TWO FLAT

| | | | | |
|---|---|---|---|---|
| Delivery Charge | $0.00 | Rush | $0.00 |
| Bad Address | $55.00 | Filing | $0.00 |
| No Contact | $0.00 | Investigation | $0.00 |
| Database/Skip | $50.00 | Advanced fees | $0.00 |

**Total:**          **$105.00**

Date Received          Check No          Amount Received          $0.00

Balance Due          $105.00

### INFORMATION DEEMED RELIABLE BUT NOT GUARANTEED
### PAYABLE UPON RECEIPT, 2% PER MONTH

I SPOKE TO THE PARENTS OF THE REGISTERED AGENT FOR THIS COMPANY WHO STATED THAT OSCAR DOES NOT LIVE HERE AND THAT THEY HAVE NOTHING TO DO WITH THIS COMPANY. THEY SAY OSCAR LIVES IN CHICAGO BUT THEY DO NOT KNOW THE ADDRESS OR PHONE NUMBER. BAD ADDRESS, UNABLE TO SERVE. A SKIPTRACE LOCATED THE DEFENDANT TO 426 BLACKHAWK AVE, AURORA, IL 60506. SERVICE WILL BE ATTEMPTED AT THIS ADDRESS.