**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Chicago Regional Council of Carpenters Pension Fund, et al.

                                         Plaintiff,

v.                                                       Case No.: 1:08−cv−03158
                                                      Honorable Wayne R. Andersen

Aztec Construction, Inc., et al.

                                       Defendant.

**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Michael T. Mason for the purpose of holding proceedings related to: discovery supervision.(tsa, )Mailed notice.

Dated: August 12, 2008

                                                               /s/ Wayne R. Andersen

                                                              United States District Judge