

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: *Oscar M. Rodriguez*
(Please print)

STREET ADDRESS: *195 S. Lincoln Ave.*

CITY/STATE/ZIP: *Aurora, IL 60505*

PHONE NUMBER: *630-742-0083*

CASE NUMBER: *08-CV-3158*

_____   08/08/08
Signature                   Date

FILED
AUG - 8 2008
Aug 8, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT