

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINING PROGRAM FUND,<br><br>Plaintiffs,<br><br>v.<br><br>AZTEC CONSTRUCTION, INC. and OSCAR RODRIGUEZ, individual and d/b/a AZTEC CONSTRUCTION, INC., a dissolved Illinois Corporation,<br><br>Defendants, | CIVIL ACTION<br><br>FILED<br>AUGUST 8, 2008<br>08-CV-3158<br>JUDGE ANDERSEN<br>MAGISTRATE<br>JUDGE MASON |

FILED
AUG - 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### PRO SE MOTION FOR EXTENSION OF TIME AND RESPONSE TO MOTION FOR DEFAULT JUDGMENT

Defendant, OSCAR RODRIGUEZ, appearing and proceeding pro se in support of this motion and would show the court the following:

1. On July 17, 2008, Defendant filed a motion for extension of time but did not properly serve the plaintiff.

2. At this time Defendant, OSCAR RODRIGUEZ, to appear Pro Se.

3. On August 1, 2008, Defendant, met with personnel of the self help desk at which point he discovered that a motion for default judgment had been filed. Defendant was also briefed in regards to proper motion form, notices and servings.

4. Defendant has a valid defense to the complaint and an extension of time

will not prejudice the Plaintiff.

5. Defendant, OSCAR RODRIGUEZ, requests an extension of time to answer or otherwise plead to the Complaint.

WHEREFORE, Defendant, Pro Se, respectfully requests this court to grant an extension of time up to and including September 4, 2008 in which to answer or otherwise plead to the Complaint.

Respectfully submitted,

_____
OSCAR RODRIGUEZ

OSCAR RODRIGUEZ
Pro Se
195 S. Lincoln Avenue
Aurora, Illinois 60505
Tele: 630-742-0083

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TRUSTEES of the CHICAGO REGIONAL
COUNCIL OF CARPENTERS PENSION FUND, et al
~~CHICAGO REGIONAL COUNCIL OF
CARPE~~

PLAINTIFF

CASE NO. 08-CV-3158

VS.

AZTEC CONST., INC. et al

DEFENDANT

## PROOF OF SERVICE

TO: DAVID P. LICHTMAN
111 E. WACKER DR, ST 2600
CHICAGO, IL 60601

TO: _____

TO: _____

I, the undersigned (plaintiff /(defendant)) certify that on the 08 day of AUG, 2008, I served a copy of this PLD & MOTION FOR EXTENSION OF TIME AND RESPONSE TO MOTION FOR DEFAULT JUD. to each person whom it is directed by way of

CERTIFIED MAIL

Name OSCAR RODRIGUEZ
Address 195 S. LINCOLN AVE.
City/Zip AURORA, IL 60505
Telephone 630-742-0083

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
AUG - 8 2008
Aug 8-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINING PROGRAM FUND,<br><br>Plaintiffs,<br><br>v.<br><br>AZTEC CONSTRUCTION, INC. and OSCAR RODRIGUEZ, individual and d/b/a AZTEC CONSTRUCTION, INC., a dissolved Illinois Corporation,<br><br>Defendants, | CIVIL ACTION<br><br>08CV3158<br><br>JUDGE ANDERSEN<br><br>MAGISTRATE JUDGE MASON |

## PROOF OF SERVICE

TO:  David P. Lichtman
Whitfield McGann & Ketterman
111 East Wacker Drive, Suite 2600
Chicago, Il 60601
312-251-9700  Fax 312-251-9701

I, the undersigned Defendant, certify that on the 8th day August, 2008, I served a copy of, PRO SE MOTION FOR EXTENSION OF TIME, dated July 17, 2008, to each person whom it is directed by way of Certified Mail # 7004 2510 0000 4742 3955.

OSCAR RODRIGUEZ
195 S. Lincoln Avenue
Aurora, Illinois 60505
630-742-0083