# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Wayne R. Andersen | **Sitting Judge if Other than Assigned Judge** | Michael T. Mason |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3158 | **DATE** | 8/13/2008 |
| **CASE TITLE** | Chicago Regional Council of Carpenters Pension Fund et al vs. Aztec Construction, Inc. Et al | | |

**DOCKET ENTRY TEXT**

This matter having been referred to Magistrate Judge Mason, an initial status hearing is set for 9/10/08 at 9:00 a.m. in courtroom 2214. Parties shall file a joint status report as required by this Court's Standing Order by 9/5/08. Courtesy copy to be delivered to chambers, room 2206.

Docketing to mail notices.

| | Courtroom Deputy Initials: | rbf |
|---|---|---|