IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO. 08-CV-3158<br><br>JUDGE ANDERSEN |
| Plaintiffs, | | |
| v. | | |
| AZTEC CONSTRUCTION, INC. and OSCAR RODRIQUEZ, individually and d/b/a AZTEC CONSTRUCTION, INC., a dissolved Illinois corporation, | | |
| Defendants. | | |

**NOTICE OF VOLUNTARY DISMISSAL**

To:   Oscar Rodriguez
      195 S. Lincoln Ave.
      Aurora, Illinois 60505

   PLEASE TAKE NOTICE that on September 3, 2008 pursuant to Fed. R. Civ. P. 41(a)(1)(i), the plaintiffs hereby voluntarily dismiss Defendant OSCAR RODRIGUEZ, individually and d/b/a AZTEC CONSTRUCTION, INC. without prejudice from the aforesaid cause.

                              Respectfully submitted,

                               /s/ David P. Lichtman
                              Attorney for Plaintiffs

David P. Lichtman (6290051)
Whitfield McGann & Ketterman
111 E. Wacker Dr, Suite 2600
Chicago, IL  60601
T.(312) 25109700; F.(312) 251-9701

**CERTIFICATE OF SERVICE**

    I, David P. Lichtman, being first duly sworn under oath, deposes and states that I served a true and correct copy of the above by depositing in the United States mail at 111 East Wacker Drive, Chicago, Illinois, by regular mail, postage prepaid, addressed to whom the Notice is directed before the hour of 5:00 p.m. on September 3, 2008.

    /s/ David P. Lichtman