IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND, | ) ) ) ) ) ) ) | CASE NO. 08-CV-3158 |
| Plaintiffs, | ) ) | JUDGE ANDERSEN |
| v. | ) ) ) | MAGISTRATE JUDGE MASON |
| AZTEC CONSTRUCTION, INC. and OSCAR RODRIQUEZ, individually and d/b/a AZTEC CONSTRUCTION, INC., a dissolved Illinois corporation, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## INITIAL STATUS REPORT

**I.   Brief Summary of the Claims**

The Plaintiff Trust Funds audited the books and records of the Defendants to verify that all contributions were submitted. The audit revealed that the Defendant breached the provisions of the Collective Bargaining Agreement by underpaying contributions owed to the Trust Funds. Accordingly, the Complaint sought to compel the Defendants to submit payment of any contributions found by the audit to be due, along with interest, liquidated damages, auditor and attorney fees and costs. There are no counterclaims or third party complaints. The Defendants are in default and has filed no answer or appearance.

**II.   Brief Statement of Relief Sought**

The Complaint seeks payment of $15,357.48 in delinquent contributions to the Trust Funds for the period of September 2005 through January 2007. In addition, the Complaint seeks interest, liquidated damages, auditor and attorney fees and costs.

**III.    Brief Description of Matter Referred**

See attached referral order.

**IV.    Discovery**

Interrogatories, Request to Admit Facts, and the Rule 30(b)(6) deposition as to the allegations contained in the Complaint will need to if the Defendant cures the default.

**V.    Proposed Dates**

If the Defendants cure the default, the Plaintiffs will discuss a discovery cut-off date with Defendants in an attempt to agree to a date.

**VI.    Status of Pending Motions**

There are no pending motions. The Plaintiffs filed a notice of voluntary dismissal pursuant to the Federal Rules of Civil Procedure 41 (a)(1)(i), dismissing Defendant OSCAR RODRIGUEZ, individually and d/b/a AZTEC CONSTRUCTION, INC. without prejudice.

**VII.    Jury Status**

There is no jury demand.

**VIII.    Settlement**

The Defendant is in default and has not responded to any formal or informal demands/inquiries from the Plaintiffs.

Respectfully Submitted,

By: _____
DAVID P. LICHTMAN
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Chicago Regional Council of Carpenters Pension Fund, et al.

                    Plaintiff,

v.

                    Case No.: 1:08−cv−03158
                    Honorable Wayne R. Andersen

Aztec Construction, Inc., et al.

                    Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

    Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Michael T. Mason for the purpose of holding proceedings related to: discovery supervision.(tsa, )Mailed notice.

Dated: August 12, 2008

                                          /s/ Wayne R. Andersen

                                          United States District Judge